**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-01757 |
| | § | |
| MARK D NORRIS | § | |
| JAYNE M NORRIS | § | |
| | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/19/2012. The undersigned trustee was appointed on 01/19/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $14,531.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $35.01 |
   | Bank service fees | $634.90 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $13,861.09 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/08/2012 and the deadline for filing government claims was 06/08/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,203.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,203.10, for a total compensation of $2,203.10$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/01/2015　　　　　　　　　　　　By:　/s/ Horace Fox, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

Case 12-01757   Doc 76   Filed 08/03/15   Entered 08/03/15 16:00:13   Desc Main
Document      Page 3 of 19

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 12-01757 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | NORRIS, MARK D AND NORRIS, JAYNE M | | | Date Filed (f) or Converted (c): | 01/19/2012 (f) |
| For the Period Ending: | 7/2/2015 | | | §341(a) Meeting Date: | 03/07/2012 |
| | | | | Claims Bar Date: | 06/08/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  706 Greenleaf, Wilmette, IL | $950,000.00 | $0.00 | | $0.00 | FA |
| 2  Cash on hand | $100.00 | $100.00 | | $100.00 | FA |
| **Asset Notes:** spent | | | | | |
| 3  Chase Bank (Checking Account) | $200.00 | $200.00 | | $200.00 | FA |
| 4  Com Ed security deposit | $475.00 | $475.00 | | $475.00 | FA |
| 5  misc furnishings, computers, tv | $5,000.00 | $3,000.00 | | $0.00 | FA |
| **Asset Notes:** over valued. | | | | | |
| 6  paintings | $200.00 | $200.00 | | $25.00 | FA |
| 7  necessary clothing | $2,000.00 | $0.00 | | $0.00 | FA |
| 8  wedding rings/misc jewelry | $2,000.00 | $500.00 | | $0.00 | FA |
| 9  Genworthlife and annuity company term life ins. (death benefit $500,00.00- surrender value $150.00) | $150.00 | $0.00 | | $0.00 | FA |
| 10  Riversource Variable Universal Life Insurance Policy | $1,803.00 | $0.00 | | $0.00 | FA |
| 11  Riversource Variable Universal Life Insurance Policy | $3,121.00 | $0.00 | | $0.00 | FA |
| 12  Paychex 401K | $44,038.00 | $0.00 | | $0.00 | FA |
| 13  Paychex 401k | $44,077.00 | $0.00 | | $0.00 | FA |
| 14  City Suburban Title (B/S -560,000) 50% Wife/ 50% Husband | $0.00 | $0.00 | | $0.00 | FA |
| 15  Suburban Land Survey ($0) 100% interest | $0.00 | $0.00 | | $0.00 | FA |
| 16  2002 BMW 530i Sedan | $6,000.00 | $3,600.00 | | $3,600.00 | FA |
| **Asset Notes:** Funds were paid in installments of $500.00 per month and these payments are being allocated to the remaining value in the various items of personal property. | | | | | |
| 17  2006 VW Jetta GLI (son's vehicle) | $6,000.00 | $3,600.00 | | $3,600.00 | FA |
| **Asset Notes:** Installment payments of $500.00 are being allocated to cover the remaining value in various items of personal property. | | | | | |
| 18  1985 23ft Sailboat (located in WI) | $1,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** total storage due on the deckboat and the sailboat are 9243.78, if half of these fees are allocated to this boat there is no value in this asset. | | | | | |
| 19  1991 22ft Harris Deckboat (located in WI) | $2,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** costs and fees for the deckboat and the sailboat are currently 7056.98 with 2012-2013 additional storage costs are 2186.80 or 9243.78. The deckboat has not run in a year and needs repair to get it running again. Also the Yamaha engine is no longer made, making parts difficult to come by. If half the expenses are allocated to this boat 4321.89 is due. | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2    Exhibit A

| Case No.: | 12-01757 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | NORRIS, MARK D AND NORRIS, JAYNE M | Date Filed (f) or Converted (c): | 01/19/2012 (f) |
| For the Period Ending: | 7/2/2015 | §341(a) Meeting Date: | 03/07/2012 |
| | | Claims Bar Date: | 06/08/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 20 | 2006 37ft. Beneteau Sailboat | $115,000.00 | $0.00 | | $0.00 | FA |
| 21 | 2010 refund federal (u) | $5,494.00 | $5,494.00 | | $5,494.00 | FA |
| 22 | 2011 refund, federal (u) | $5,537.00 | $1,037.00 | | $1,037.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$1,194,695.00    $18,206.00    $14,531.00    $0.00

**Major Activities affecting case closing:**

5.26.15 status continued, 7.28.15, status.

Status 5.26.15, 10:30 am, solve title issue (boats).

Asked Mr. de 'Medici to contact State of WI to determine mechanics of transfer of titles for deck boat and sailboat.

Mr. de 'Medici picking up titles for old deckboat and sailboat today.

11.17.14, motion turn over titles 2 boats, establish terms of harbormaster admin., claim and status. 11.6.14, cont 11.17.14.

Status set 9.30.14, 10:30 am, continued to 10.28.14 680.

19 claims, 1-18 unsecured non priority and filed before claims bar. 19, is tardy unsecured non priority claim. 9.8.14

Need to document the Widmer administrative claim for the two boats which are worth less than what is owed for service and repairs. 7.25.14

Made an offer to settle the admin claim of Mr. Widmer, who has stored and repaired boats I(6,000 value) liens 9243.79. I would allow admin claim of 3243.79. 3.25.14

Appoint accountant for taxes.6.6.14

Order approving sale 6.14

Case 12-01757   Doc 76   Filed 08/03/15   Entered 08/03/15 16:00:13   Desc Main
                         Document      Page 5 of 19

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   3                Exhibit A

| Case No.: | 12-01757 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | NORRIS, MARK D AND NORRIS, JAYNE M | | | Date Filed (f) or Converted (c): | 01/19/2012 (f) |
| For the Period Ending: | 7/2/2015 | | | §341(a) Meeting Date: | 03/07/2012 |
| | | | | Claims Bar Date: | 06/08/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Asset notice filed, demand letter sent ( autos ) documents on both parcels requested.  Amended B and C filed 3.6.12 and input,leaves 6000 tax refund on table. Copy UST 3.7.12
449,900 offer on N7338 Chapel Drive Walworth WI and wills of Berger and Anne Juell. 4.10.12

Debtors want to engage in a short sale on Greenleaf real estate ( brokers agreed to reduce fees by $20,000) to pay unsecured creditors.  However, there is a pending motion o modify on that property and the attorney for the mortgage company said the sale of Greenleaf took place about an hour before the filing of the bankruptcy.  I informed debtor's counsel that debtor had no rights in the property and I can not stop the motion to modify from going forward due to the sale pre bankruptcy. Continued motion to modify set 4.17.12

Debtor made offer on certain personalty 6.13.12  evaluate and respond.

There may be an offer on the deck boat, located in WI. 6.29.12

Received the first of 16/$500 per month payments on all remaining personalty except the sailboat and deckboat and small IRS refund that is not exempt. 7.20.12

2/16 installments received  Requested status of refunds for 2010 and 2011 and documentation on 2 old boats 9.15.12

Boats in dry dock, one has inoperable trailer, the other needs repair.  Have requested the amount of repairs necessary and dry dock charges.  Non exempt income tax receivables have been received by debtor for 2010 and 2011 and are to be sent to me week of 11.05.12. 11.2.12

Need letter on value and repairs on 2 boats valued at 1500-2500, in need of repairs and need to pay dry dock fees. 12.7.12

Motion to employ Bruce de "Medici, set 12.18.12, entered.

Sent e-mail to Maxwell and debtor re costs of repair and storage of 2 old boats. 2.10.13

Further e-mail to Maxwell and debtor re: costs on two old boats. 3.23.13

No value to old boats as storage/repair charges are in excess of the value. 6.13.13

Installments complete (if) examine claims.  7.28.13
Refer claims 1, 7, 15, 16 and 19 for objection. 7.31.13

10 of 16 $500.00 payments have been received: wrote letter to Andrew Maxwell and Norris as to when payments will resume? 7.31.13

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4     Exhibit A

| **Case No.:** | 12-01757 | | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | NORRIS, MARK D AND NORRIS, JAYNE M | | | **Date Filed (f) or Converted (c):** | 01/19/2012 (f) |
| **For the Period Ending:** | 7/2/2015 | | | **§341(a) Meeting Date:** | 03/07/2012 |
| | | | | **Claims Bar Date:** | 06/08/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Calculate claim aministrative of harbor master for storage and work on 2 boats. whch have more liens than they are worth. 12.18.13

File claim objections after admin claims settled.  3.5.14

**Initial Projected Date Of Final Report (TFR):** 03/31/2013      **Current Projected Date Of Final Report (TFR):** 07/03/2015      /s/ HORACE FOX, JR.
                                                                                                                              HORACE FOX, JR.

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 12-01757 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | NORRIS, MARK D AND NORRIS, JAYNE M | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1912 | | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | **-***1913 | | Account Title: | |
| For Period Beginning: | 1/19/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/2/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/20/2012 | (16) | Mark and Jayne Norris | Payment towards 8,000 non-exempt asset. 2002 BMW | 1129-000 | $500.00 | | $500.00 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.20 | $499.80 |
| 08/14/2012 | (16) | Mark and Jayne Norris | Payment towards 8,000 non-exempt asset. 2002 BMW | 1129-000 | $500.00 | | $999.80 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.37 | $998.43 |
| 09/19/2012 | (16) | Mark and Jayne Norris | Payment towards 8,000 non-exempt asset. 2002 BMW | 1129-000 | $500.00 | | $1,498.43 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.66 | $1,496.77 |
| 10/24/2012 | (16) | Mark and Jayne Norris | October payment and other payments at $500.00 per month are being allocated to the personal property, as they come in to account for the remaining value. | 1129-000 | $500.00 | | $1,996.77 |
| 10/24/2012 | (16) | Mark and Jayne Norris | The check is dated 11/15/12 Can not deposit till then. | 1129-000 | $500.00 | | $2,496.77 |
| 10/24/2012 | (16) | DEP REVERSE: Mark and Jayne Norris | The check is dated 11/15/12 Can not deposit till then. | 1129-000 | ($500.00) | | $1,996.77 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.59 | $1,994.18 |
| 11/08/2012 | | Mark and Jayne Norris | 2010 refund of $5494 and non exempt portion of 2011 refund (5537-4500 exemption) or 6531.00 | * | $6,531.00 | | $8,525.18 |
| | {22} | | $1,037.00 | 1224-000 | | | $8,525.18 |
| | {21} | | $5,494.00 | 1224-000 | | | $8,525.18 |
| 11/15/2012 | | Mark and Jayne Norris | Payment towards 8,000 non-exempt asset. 2002 BMW | * | $500.00 | | $9,025.18 |
| | {17} | | $400.00 | 1129-000 | | | $9,025.18 |
| | {16} | | $100.00 | 1129-000 | | | $9,025.18 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $10.56 | $9,014.62 |
| 12/17/2012 | (16) | Mark and Jayne Norris | Payment towards 8,000 non-exempt asset. 2002 BMW | 1129-000 | $500.00 | | $9,514.62 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $13.97 | $9,500.65 |
| 01/23/2013 | (16) | Mark and Jayne Norris | Payment towards 8,000 non-exempt asset. 2002 BMW | 1129-000 | $500.00 | | $10,000.65 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.53 | $9,985.12 |
| 02/05/2013 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $11.85 | $9,973.27 |
| 02/11/2013 | | Mark and Jayne Norris | Payment towards 8,000 non-exempt asset. 2002 BMW | * | $500.00 | | $10,473.27 |
| | {16} | | $300.00 | 1129-000 | | | $10,473.27 |
| | {3} | | $200.00 | 1129-000 | | | $10,473.27 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $14.98 | $10,458.29 |
| | | | **SUBTOTALS** | | $10,531.00 | $72.71 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-01757 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | NORRIS, MARK D AND NORRIS, JAYNE M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1912 | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | **-***1913 | Account Title: | |
| For Period Beginning: | 1/19/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/2/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/11/2013 | (17) | Mark and Jayne Norris | 2006 VW Jetta Recievable | 1129-000 | $500.00 | | $10,958.29 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $17.39 | $10,940.90 |
| 04/29/2013 | (17) | Mark and Jayne Norris | 2006 VW Jetta Recievable | 1129-000 | $500.00 | | $11,440.90 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $17.08 | $11,423.82 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $19.62 | $11,404.20 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $16.62 | $11,387.58 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $18.37 | $11,369.21 |
| 08/29/2013 | | Mark D. Norris and Jayne M. Norris | payment toward cars | * | $1,000.00 | | $12,369.21 |
| | {16} | | $200.00 | 1129-000 | | | $12,369.21 |
| | {17} | | $800.00 | 1129-000 | | | $12,369.21 |
| 08/30/2013 | (17) | Mark and Jayne Norrie | 2006 VW Jetta Recievable | 1129-000 | $1,000.00 | | $13,369.21 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $19.73 | $13,349.48 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $19.45 | $13,330.03 |
| 10/08/2013 | | Mark and Jayne Norris | $400 on 2006 VW Jetta GLI (son's vehicle)and $100 on security deposit | * | $500.00 | | $13,830.03 |
| | {17} | | $400.00 | 1129-000 | | | $13,830.03 |
| | {4} | | $100.00 | 1129-000 | | | $13,830.03 |
| 10/15/2013 | | Mark and Jayne Norris | Com Ed security deposit and Cash on hand | * | $500.00 | | $14,330.03 |
| | {4} | | $375.00 | 1129-000 | | | $14,330.03 |
| | {2} | | $100.00 | 1129-000 | | | $14,330.03 |
| | {6} | | $25.00 | 1129-000 | | | $14,330.03 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.52 | $14,307.51 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $23.08 | $14,284.43 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.30 | $14,262.13 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $24.49 | $14,237.64 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.75 | $14,216.89 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.46 | $14,195.43 |
| 04/01/2014 | 5002 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $12.07 | $14,183.36 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $22.15 | $14,161.21 |
| | | | **SUBTOTALS** | | $4,000.00 | $297.08 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 12-01757 | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|
| **Case Name:** | NORRIS, MARK D AND NORRIS, JAYNE M | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***1912 | | **Checking Acct #:** | ******5701 |
| **Co-Debtor Taxpayer ID #:** | **-***1913 | | **Account Title:** | |
| **For Period Beginning:** | 1/19/2012 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/2/2015 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $23.58 | $14,137.63 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.34 | $14,116.29 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $22.77 | $14,093.52 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $23.47 | $14,070.05 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.23 | $14,048.82 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $24.13 | $14,024.69 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.44 | $14,004.25 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $22.59 | $13,981.66 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $23.28 | $13,958.38 |
| 02/26/2015 | 5003 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $11.09 | $13,947.29 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $20.34 | $13,926.95 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $21.75 | $13,905.20 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $21.71 | $13,883.49 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $22.40 | $13,861.09 |

**SUBTOTALS** $0.00 $300.12

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 12-01757 | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|
| **Case Name:** | NORRIS, MARK D AND NORRIS, JAYNE M | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***1912 | | **Checking Acct #:** | ******5701 |
| **Co-Debtor Taxpayer ID #:** | **-***1913 | | **Account Title:** | |
| **For Period Beginning:** | 1/19/2012 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/2/2015 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $14,531.00 | $669.91 | $13,861.09 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $14,531.00 | $669.91 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $14,531.00 | $669.91 | |

| For the period of 1/19/2012 to 7/2/2015 | | For the entire history of the account between 07/20/2012 to 7/2/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $14,531.00 | Total Compensable Receipts: | $14,531.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,531.00 | Total Comp/Non Comp Receipts: | $14,531.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $669.91 | Total Compensable Disbursements: | $669.91 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $669.91 | Total Comp/Non Comp Disbursements: | $669.91 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5     Exhibit B

| Case No. | 12-01757 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | NORRIS, MARK D AND NORRIS, JAYNE M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1912 | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | **-***1913 | Account Title: | |
| For Period Beginning: | 1/19/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/2/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $14,531.00 | $669.91 | $13,861.09 |

**For the period of 1/19/2012 to 7/2/2015**

| | |
|---|---:|
| Total Compensable Receipts: | $14,531.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,531.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $669.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $669.91 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/19/2012 to 7/2/2015**

| | |
|---|---:|
| Total Compensable Receipts: | $14,531.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,531.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $669.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $669.91 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

CLAIM ANALYSIS REPORT

Page No: 1    Exhibit C

| Case No.: | 12-01757 | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | NORRIS, MARK D AND NORRIS, JAYNE M | | | | | | Date: | 7/1/2015 |
| Claims Bar Date: | 06/08/2012 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR. 6 East Monroe Suite 1004 Chicago IL 60603 | 11/11/2014 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,203.10 | $2,203.10 | $0.00 | $0.00 | $0.00 | $2,203.10 |
| | BRUCE DE 'MEDICI 17W703 Butterfield Rd., Oak Brook Terrace IL 60181 | 06/23/2015 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $148.91 | $148.91 | $0.00 | $0.00 | $0.00 | $148.91 |
| | BRUCE DE 'MEDICI 17W703 Butterfield Rd., Oak Brook Terrace IL 60181 | 02/17/2014 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $6,000.00 | $6,000.00 | $0.00 | $0.00 | $0.00 | $6,000.00 |

**Claim Notes:** Fees reduced from 7495.00

| | JEFF WIDNER, JNTS MARINE PROS LLC N8066 County Hwy P Whitewater WI 53190 | 10/30/2014 | Other Chapter 7 Administrative Expense | Allowed | 2990-000 | $0.00 | $3,243.79 | $3,243.79 | $0.00 | $0.00 | $0.00 | $3,243.79 |

**Claim Notes:** Balance due to JNT is 9243.79, less value of boats (6000) for old sailboat and 1991 Harris deckboat (both in need of repairs and debts owed for storage). Mtn in court 11.17.14

| 1 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago IL 60664-0338 | 03/12/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $15,630.38 | $15,630.38 | $0.00 | $0.00 | $0.00 | $15,630.38 |
| 2 | PHARIA L.L.C. C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE WA 98121 | 03/13/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,941.28 | $6,941.28 | $0.00 | $0.00 | $0.00 | $6,941.28 |

CLAIM ANALYSIS REPORT

| Case No.: | 12-01757 | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | NORRIS, MARK D AND NORRIS, JAYNE M | | | | | | | Date: | 7/1/2015 |
| Claims Bar Date: | 06/08/2012 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | DOWNES SWIMMING POOL CO., INC. David J. Axelrod & Assoc 1448 Old Skokie Rd Highland Park IL 60035 | 03/14/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $816.46 | $816.46 | $0.00 | $0.00 | $0.00 | $816.46 |
| 4 | ATLAS ACQUISITIONS LLC  (BANK OF AMERICA, N.A.) 294 Union St. Hackensack NJ 07601 | 03/15/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $18,114.28 | $18,114.28 | $0.00 | $0.00 | $0.00 | $18,114.28 |
| 5 | FIFTH THIRD BANK 9441 LBJ Freeway, Suite 350 Tex as 75243 | 03/20/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,090.79 | $9,090.79 | $0.00 | $0.00 | $0.00 | $9,090.79 |
| 6 | FIFTH THIRD BANK 9441 LBJ FREEWAY,SUITE 350 TEX AS 75243 | 03/20/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,610.12 | $4,610.12 | $0.00 | $0.00 | $0.00 | $4,610.12 |
| 7 | FERRARO GARDEN SPOT, INC. 826 Skokie Blvd Northbrook IL 60062 | 03/21/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $128.50 | $128.50 | $0.00 | $0.00 | $0.00 | $128.50 |
| 8 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 03/30/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $802.72 | $802.72 | $0.00 | $0.00 | $0.00 | $802.72 |
| 9 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 03/30/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,842.92 | $3,842.92 | $0.00 | $0.00 | $0.00 | $3,842.92 |
| 10 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 03/30/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,391.63 | $4,391.63 | $0.00 | $0.00 | $0.00 | $4,391.63 |

| Case No.: | 12-01757 | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | NORRIS, MARK D AND NORRIS, JAYNE M | | | | | | | Date: | 7/1/2015 |
| Claims Bar Date: | 06/08/2012 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte NC 28272-1083 | 03/30/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,173.84 | $5,173.84 | $0.00 | $0.00 | $0.00 | $5,173.84 |
| 12 | GE CAPITAL RETAIL BANK<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | 04/17/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,732.79 | $1,732.79 | $0.00 | $0.00 | $0.00 | $1,732.79 |
| 13 | SALLIE MAE<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Barre PA 18706 | 04/27/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $76,322.36 | $76,322.36 | $0.00 | $0.00 | $0.00 | $76,322.36 |
| 14 | BMW FINANCIAL SERVICES NA, LLC<br>P.O. Box 201347<br>Arlington TX 76006 | 05/04/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,788.12 | $8,788.12 | $0.00 | $0.00 | $0.00 | $8,788.12 |
| 15 | U.S. DEPARTMENT OF EDUCATION<br>Direct Loan Servicing<br>P.O. Box 5609<br>Greenville TX 75403 | 05/07/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $61,898.72 | $61,898.72 | $0.00 | $0.00 | $0.00 | $61,898.72 |
| 16 | U.S. DEPARTMENT OF EDUCATION<br>Direct Loan Servicing<br>P.O. Box 5609<br>Greenville TX 75403 | 05/09/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $31,386.35 | $31,386.35 | $0.00 | $0.00 | $0.00 | $31,386.35 |
| 17 | ROCKFORD MERCANTILE AGENCY, INC.<br>2502 South Alpine Road<br>Rockford IL 61108 | 05/18/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $405.99 | $405.99 | $0.00 | $0.00 | $0.00 | $405.99 |

CLAIM ANALYSIS REPORT

| Case No.: | 12-01757 | | | | | | | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | NORRIS, MARK D AND NORRIS, JAYNE M | | | | | | | | | Date: | 7/1/2015 |
| Claims Bar Date: | 06/08/2012 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO Box 41067<br>Norfolk VA 23541 | 06/04/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $773.26 | $773.26 | $0.00 | $0.00 | $0.00 | $773.26 |
| 19 | ROSECRANCE<br><br>C/O Allied Business Accts<br>PO Box 1600<br>Clinton IA 52733 | 06/13/2012 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $8,243.89 | $8,243.89 | $0.00 | $0.00 | $0.00 | $8,243.89 |
| | | | | | | $270,690.20 | $270,690.20 | $0.00 | $0.00 | $0.00 | | $270,690.20 |

| **Case No.** | 12-01757 | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|
| **Case Name:** | NORRIS, MARK D AND NORRIS, JAYNE M | **Date:** | 7/1/2015 |
| **Claims Bar Date:** | 06/08/2012 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Other Firm) | $148.91 | $148.91 | $0.00 | $0.00 | $0.00 | $148.91 |
| Attorney for Trustee Fees (Other Firm) | $6,000.00 | $6,000.00 | $0.00 | $0.00 | $0.00 | $6,000.00 |
| General Unsecured 726(a)(2) | $250,850.51 | $250,850.51 | $0.00 | $0.00 | $0.00 | $250,850.51 |
| Other Chapter 7 Administrative Expense | $3,243.79 | $3,243.79 | $0.00 | $0.00 | $0.00 | $3,243.79 |
| Tardy General Unsecured 726(a)(3) | $8,243.89 | $8,243.89 | $0.00 | $0.00 | $0.00 | $8,243.89 |
| Trustee Compensation | $2,203.10 | $2,203.10 | $0.00 | $0.00 | $0.00 | $2,203.10 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 12-01757
Case Name: MARK D NORRIS
JAYNE M NORRIS
Trustee Name: Horace Fox, Jr.

Balance on hand: $13,861.09

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $13,861.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Jr., Trustee Fees | $2,203.10 | $0.00 | $2,203.10 |
| Bruce de 'Medici, Attorney for Trustee Fees | $6,000.00 | $0.00 | $6,000.00 |
| Bruce de 'Medici, Attorney for Trustee Expenses | $148.91 | $0.00 | $148.91 |
| Other: Jeff Widner, JNTS Marine Pros LLC, Other Chapter 7 Administrative Expenses | $3,243.79 | $0.00 | $3,243.79 |

Total to be paid for chapter 7 administrative expenses: $11,595.80
Remaining balance: $2,265.29

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $2,265.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|                          | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|                          | Remaining balance: | $2,265.29 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $250,850.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Illinois Department of Revenue | $15,630.38 | $0.00 | $141.16 |
| 2 | PHARIA L.L.C. | $6,941.28 | $0.00 | $62.69 |
| 3 | Downes Swimming Pool Co., Inc. | $816.46 | $0.00 | $7.37 |
| 4 | Atlas Acquisitions LLC  (Bank of America, N.A.) | $18,114.28 | $0.00 | $163.58 |
| 5 | Fifth Third Bank | $9,090.79 | $0.00 | $82.09 |
| 6 | FIFTH THIRD BANK | $4,610.12 | $0.00 | $41.63 |
| 7 | Ferraro Garden Spot, Inc. | $128.50 | $0.00 | $1.16 |
| 8 | Capital One Bank (USA), N.A. | $802.72 | $0.00 | $7.25 |
| 9 | Capital One Bank (USA), N.A. | $3,842.92 | $0.00 | $34.70 |
| 10 | Capital One Bank (USA), N.A. | $4,391.63 | $0.00 | $39.66 |
| 11 | Capital One Bank (USA), N.A. | $5,173.84 | $0.00 | $46.72 |
| 12 | GE Capital Retail Bank | $1,732.79 | $0.00 | $15.65 |
| 13 | Sallie Mae | $76,322.36 | $0.00 | $689.22 |
| 14 | BMW Financial Services NA, LLC | $8,788.12 | $0.00 | $79.36 |
| 15 | U.S. Department Of Education | $61,898.72 | $0.00 | $558.97 |
| 16 | U.S. Department Of Education | $31,386.35 | $0.00 | $283.43 |
| 17 | Rockford Mercantile Agency, Inc. | $405.99 | $0.00 | $3.67 |
| 18 | Portfolio Recovery Associates, LLC | $773.26 | $0.00 | $6.98 |

|  | Total to be paid to timely general unsecured claims: | $2,265.29 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $8,243.89 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 19 | Rosecrance | $8,243.89 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**