**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-01757 |
| | § | |
| MARK D NORRIS | § | |
| JAYNE M NORRIS | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 s Dearborn, Room 713, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 09/29/2015, in Courtroom 682, United States Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/08/2015                     By:  /s/ Horace Fox, Jr.
                                                                                                                 Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-01757 |
| | § | |
| MARK D NORRIS | § | |
| JAYNE M NORRIS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $14,531.00
*and approved disbursements of*     $669.91
*leaving a balance on hand of*[1] :     $13,861.09

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $13,861.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $2,203.10 | $0.00 | $2,203.10 |
| Bruce de 'Medici, Attorney for Trustee Fees | $6,000.00 | $0.00 | $6,000.00 |
| Bruce de 'Medici, Attorney for Trustee Expenses | $148.91 | $0.00 | $148.91 |
| Other: Jeff Widner, JNTS Marine Pros LLC, Other Chapter 7 Administrative Expenses | $3,243.79 | $0.00 | $3,243.79 |

Total to be paid for chapter 7 administrative expenses:     $11,595.80
Remaining balance:     $2,265.29

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,265.29 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,265.29 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $250,850.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Illinois Department of Revenue | $15,630.38 | $0.00 | $141.16 |
| 2 | PHARIA L.L.C. | $6,941.28 | $0.00 | $62.69 |
| 3 | Downes Swimming Pool Co., Inc. | $816.46 | $0.00 | $7.37 |
| 4 | Atlas Acquisitions LLC  (Bank of America, N.A.) | $18,114.28 | $0.00 | $163.58 |
| 5 | Fifth Third Bank | $9,090.79 | $0.00 | $82.09 |
| 6 | FIFTH THIRD BANK | $4,610.12 | $0.00 | $41.63 |
| 7 | Ferraro Garden Spot, Inc. | $128.50 | $0.00 | $1.16 |
| 8 | Capital One Bank (USA), N.A. | $802.72 | $0.00 | $7.25 |
| 9 | Capital One Bank (USA), N.A. | $3,842.92 | $0.00 | $34.70 |
| 10 | Capital One Bank (USA), N.A. | $4,391.63 | $0.00 | $39.66 |
| 11 | Capital One Bank (USA), N.A. | $5,173.84 | $0.00 | $46.72 |
| 12 | GE Capital Retail Bank | $1,732.79 | $0.00 | $15.65 |
| 13 | Sallie Mae | $76,322.36 | $0.00 | $689.22 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 14 | BMW Financial Services NA, LLC | $8,788.12 | $0.00 | $79.36 |
| 15 | U.S. Department Of Education | $61,898.72 | $0.00 | $558.97 |
| 16 | U.S. Department Of Education | $31,386.35 | $0.00 | $283.43 |
| 17 | Rockford Mercantile Agency, Inc. | $405.99 | $0.00 | $3.67 |
| 18 | Portfolio Recovery Associates, LLC | $773.26 | $0.00 | $6.98 |

Total to be paid to timely general unsecured claims: $2,265.29
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $8,243.89 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 19 | Rosecrance | $8,243.89 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ Horace Fox, Jr.
Trustee

UST Form 101-7-NFR (10/1/2010)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-01757-JBS
Mark D Norris                                                             Chapter 7
Jayne M Norris
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet          Page 1 of 3          Date Rcvd: Aug 10, 2015
                              Form ID: pdf006          Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2015.
```
db/jdb         #+Mark D Norris,    Jayne M Norris,    1052 Elm Ridge Drive,    Glencoe, il 60022-1164
18625434        +Atlas Acquisitions LLC  (Bank of America, N.A.),    294 Union St.,    Hackensack, NJ 07601-4303
18378728       ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
                (address filed with court:   BMW Financial Services,    P.O. Box 78103,    Phoenix,, AZ  85062)
18872462        +BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
18378726         Bank Of America,    P.O. Box 650070,    Dallas, TX  75265-0070
18378727        +Barclays Bank Delaware,    125 S. West St,    Wilmington, DE 19801-5014
18378729        +CAC Financial Corp,    2601 NW Expressway, Suite 1000E,    Oklahoma City, OK 73112-7236
18378730         Capital One,    P.O. Box 6492,    Carol Stream, IL  60197-6492
18378731        +Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
18378732        +Capital One Bank,    P.O. Box 70886,    Charlotte, NC 28272-0886
18712306         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18378733        +Chalet Office Plaza,    A Division Of LJ Thalmann,    1000 Skokie Blvd,    Wilmette, IL 60091-1120
18378734         Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE  19886-5298
18378735        +Citi,   Bankruptcy Dept,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
18378736        +Citi Cards,    P.O. Box 660370,    Dallas, TX 75266-0370
18378737        +Comcast,    2508 W. Route 120,    McHenry, IL 60051-4712
18378739       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court:   Direct TV,    P.O. Box 78626,    Phoenix, AZ  75062)
18378738        +Downes Swimming Pool Co., Inc.,    David J. Axelrod & Assoc,    1448 Old Skokie Rd,
                 Highland Park, IL 60035-3040
18378740        +Downes Swimming Pool Inc.,    725 W. University Dr.,    Arlington Heights, IL 60004-1819
18378741        +Ed Reynolds,    American Credit Systems, Inc.,    400 W. Lake St., Suite 111,
                 Roselle, IL 60172-3571
18378743       ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court:   Fifth Third Bank,    Madisonville Op. Center Md 1moc2g,
                 Cincinnati, OH  45263)
18378742        +Ferraro Garden Spot, Inc.,    826 Skokie Blvd,    Northbrook, IL 60062-4001
18378744         Fifth Third Bank,    PO Box 740789,    Cincinnati, OH  45274-0789
18650057        +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, Texas 75243-4652
18378747       ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
                (address filed with court:   Hsbc Bank/Best Buy,    P.O. Box 15519,    Wilmington, DE  19850)
18378749        +IBJI-Rehab Evanbrook,    C/O MBB,    1460 Renaissance Dr,    Park Ridge, IL 60068-1331
18378751       ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
                (address filed with court:   Illinois Department Of Revenue,    P.O. Box 19035,
                 Springfield, IL  62794)
18378750        +Illinois Bone And Joint Institute,    5057 Paysphere Circle,    Chicago, IL 60674-0050
18378752        +Kevork Derderian,    Continental Offices Ltd.,    2340 River Rd, Suite 300,
                 Des Plaines, IL 60018-3224
18378724         Maxwell Law Group LLC,    105 W Adams,    Chicago, IL  60603-6209
18378754        +Medical Business Bureau,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
18378755        +Michael M. Alch,    Fifth Third Bank,    990 S. Waukegan Rd,    Lake Forest, IL 60045-2655
18378756        +Midway Moving And Storage,    4100 W. Ferdinand St,    Chicago, IL 60624-1027
18378757         NCO Financial Systems, Inc,    Paseo De Los Heroes#9211 2Do Nivel,    Zona Rio, Tijuana, BC,
                 Mexico,     223230
18378723        +Norris Jayne M,    1052 Elm Ridge Drive,    Glencoe, IL 60022-1164
18378722        +Norris Mark D,    1052 Elm Ridge Drive,    Glencoe, IL 60022-1164
18378762        +Northshore Laboratory Service,    Attn: Collection Dept.,    9851 Eagle Way,
                 Chicago, IL 60678-1098
18378765        +Northshore University Health,    Hospital Billing,    23056 Network Place,
                 Chicago, IL 60673-1230
18378763        +Northshore University Health,    C/O Van Ru Credit Corporation,    1350 E. Touhy Ave, Suite 100E,
                 Des Plaines, IL 60018-3337
18378764        +Northshore University Health,    9532 Eagle Way,    Chicago, IL 60678-1095
18378768       ++PINNACLE MANAGEMENT SERVICES,    830 ROUNDABOUT,    SUITE B,    WEST DUNDEE IL 60118-2116
                (address filed with court:   Pinnacle Management Services,    514 Market Loop, Suite 103,
                 West Dundee, IL  60118)
18995747       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk VA 23541)
18378766        +Peoples Energy Northshore,    130 E. Randolph,    Chicago, IL 60601-6207
18378767        +Pierce & Assoc,    1 N. Dearborn, Suite 1300,    Chicago, IL 60602-4373
18378769        +Ravine Way Surgery,    C/O Illinois Collection Services,    8231 185th St, Suite 100,
                 Tinley Park, IL 60487-9356
18378775        +Rockford Mercantile Agency, Inc.,    2502 South Alpine Road,    Rockford, Illinois 61108-7813
18378770        +Rosecrance,    C/O Allied Business Accts,    PO Box 1600,    Clinton, IA 52733-1600
18378772        +Sam And Velia Kannon,    706 Greenleaf,    Wilmette, IL 60091-1918
18378773        +Sears,   P.O. Box 6283,    Sioux Falls, SD 57117-6283
18378774        +Shemauger Emerency Physicia,    P.O. Box 37757,    Philadelphia, PA 19101-5057
18932496        +St Anthony Medical Center,    C/O Rockford Mercantile,    2502 S. Alpine,
                 Rockford, IL 61108-7813
```

```
District/off: 0752-1           User: adragonet             Page 2 of 3                  Date Rcvd: Aug 10, 2015
                               Form ID: pdf006             Total Noticed: 76

18378776       +State Collection Service,    2509 S. Stoughton Rd,    Madison, WI 53716-3314
18378777       +Suburban Orthopedic,    C/O Mbb,   1460 Renaissance,    Park Ridge, IL 60068-1331
18378778       +Sunrise Tree Care,    110 Midlothian Rd,    Hawthorne Woods, IL 60047-6813
18378780       +U.S. Department Of Education,    Direct Loan Servicing,    P.O. Box 5609,
                 Greenville, TX 75403-5609
18378779       +U.S. Department Of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
                 Greenville, TX 75403-5609
18378781       +United Collection Bureau,    5620 Southwyck Blvd Suite 206,    Toledo, OH 43614-1501
18378783       +Van Ru Credit Corp,    1350 E. Touhy Ave, Suite 100E,    Des Plaines, IL 60018-3337
18378784       +Village Of Glencoe,    675 Village Court,    Glencoe, IL 60022-1699
18378785       +Village Of Wilmette,    C/O Sonnenschein Financial Services,    2 Transam Plaza Dr. 3,
                 Oak Brook Terrace, IL 60181-4823
18378786       +Wells Fargo Bank,    P.O. Box 31557,    Billings, MT 59107-1557

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18622284       +E-mail/Text: bnc@atlasacq.com Aug 11 2015 01:36:28       Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
18399721       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 11 2015 02:36:03
                 BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
18781579        E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2015 01:45:28       GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18378745       +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2015 01:45:28       GECRB/Lowes P.C.,
                 P.O. Box 981416,    El Paso, TX 79998-1416
18378746       +E-mail/Text: bkynotice@harvardcollect.com Aug 11 2015 01:39:56       Harvard Collection Services,
                 4839 N. Elston Ave,    Chicago, IL 60630-2589
18378748       +E-mail/Text: bankruptcy@icsystem.com Aug 11 2015 01:38:50       I.C. System, Inc,
                 444 Highway 96 E., P.O. Box 64887,    St Paul, MN 55164-0887
18606332        E-mail/Text: rev.bankruptcy@illinois.gov Aug 11 2015 01:37:30
                 Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, Illinois 60664-0338
18378753       +E-mail/Text: inbound_collections@keybank.com Aug 11 2015 01:38:07       Key Bank N.A.,
                 4910 Tiedeman Rd,    P.O. Box 5788,    Brooklyn, OH 44144-2338
18378758       +E-mail/Text: bankruptcydepartment@tsico.com Aug 11 2015 01:39:40       Nco Financial/09,
                 507 Prudential Rd,    Horsham, PA 19044-2368
18378759       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Aug 11 2015 01:39:49       New Horizons Center,
                 C/O Armor Systems Co.,    1700 Kiefer Dr. 1,    Zion, IL 60099-5105
18378760       +E-mail/Text: bankrup@aglresources.com Aug 11 2015 01:36:04       Nicor Gas,    1844 Ferry Rd,
                 Naperville, IL 60563-9600
18612863       +E-mail/Text: bncmail@w-legal.com Aug 11 2015 01:37:55       PHARIA L.L.C.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
18378771       +E-mail/PDF: pa_dc_claims@navient.com Aug 11 2015 01:45:54       Sallie Mae,    P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500
18834471       +E-mail/PDF: pa_dc_claims@navient.com Aug 11 2015 01:45:30       Sallie Mae,    c/o Sallie Mae Inc.,
                 220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
18378782       +E-mail/Text: bnc@ursi.com Aug 11 2015 01:36:30       United Recovery Systems LP,
                 P.O. Box 722929,    Houston, TX 77272-2929
                                                                                                TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18650104*      +FIFTH THIRD BANK,   9441 LBJ FREEWAY,SUITE 350,    DALLAS,TEXAS 75243-4652
18378725      ##+Accounts Receivable Technology,    1 Woodbridge Center,    Woodbridge, NJ 07095-1151
18378761      ##+North Shore Gas,   Bankruptcy Dept,    P.O. Box A3991,    Chicago, IL 60690-3991
                                                                                                TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2015                                       Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: adragonet              Page 3 of 3                  Date Rcvd: Aug 10, 2015
                               Form ID: pdf006              Total Noticed: 76
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2015 at the address(es) listed below:
            Andrew J Maxwell    on behalf of Joint Debtor Jayne M Norris maxwelllawchicago@yahoo.com,
             trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
             llandpotts.com;vbarad@maxwellandpotts.com
            Andrew J Maxwell    on behalf of Debtor Mark D Norris maxwelllawchicago@yahoo.com,
             trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
             llandpotts.com;vbarad@maxwellandpotts.com
            Bruce E de'Medici    on behalf of Trustee Horace  Fox, JR bdemedici@gmail.com
            Bruce E de'Medici    on behalf of Attorney Bruce  de'Medici bdemedici@gmail.com
            Christopher M Brown    on behalf of Creditor   Wells Fargo Bank, N.A.
             northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
            Horace  Fox, JR    on behalf of Attorney Bruce  de'Medici foxhorace@aol.com,   blehman@lehmanfox.com
            Horace  Fox, JR    foxhorace@aol.com,   blehman@lehmanfox.com
            Jaclyn H. Smith    on behalf of Debtor Mark D Norris smith.jaclyn.h@gmail.com,
             preferences_ml@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
             naelipas@maxwellandpotts.com
            Jaclyn H. Smith    on behalf of Joint Debtor Jayne M Norris smith.jaclyn.h@gmail.com,
             preferences_ml@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
             naelipas@maxwellandpotts.com
            Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 10
```