**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-01757 |
| | § | |
| MARK D NORRIS | § | |
| JAYNE M NORRIS | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,072,000.00 | Assets Exempt: | $107,989.00 |
| Total Distributions to Claimants: | $2,265.29 | Claims Discharged Without Payment: | $256,829.11 |
| Total Expenses of Administration: | $12,265.71 | | |

    3)    Total gross receipts of $14,531.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $14,531.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $12,265.71 | $12,265.71 | $12,265.71 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $259,094.40 | $259,094.40 | $2,265.29 |
| **Total Disbursements** | $0.00 | $271,360.11 | $271,360.11 | $14,531.00 |

4). This case was originally filed under chapter 7 on 01/19/2012. The case was pending for 36 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2016        By:   /s/ Horace Fox, Jr.
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2002 BMW 530i Sedan | 1129-000 | $3,600.00 |
| 2006 VW Jetta GLI (son's vehicle) | 1129-000 | $3,600.00 |
| Cash on hand | 1129-000 | $100.00 |
| Chase Bank (Checking Account) | 1129-000 | $200.00 |
| Com Ed security deposit | 1129-000 | $475.00 |
| paintings | 1129-000 | $25.00 |
| 2010 refund federal | 1224-000 | $5,494.00 |
| 2011 refund, federal | 1224-000 | $1,037.00 |
| **TOTAL GROSS RECEIPTS** | | **$14,531.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $2,203.10 | $2,203.10 | $2,203.10 |
| Arthur B. Levine Company | 2300-000 | NA | $11.09 | $11.09 | $11.09 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $12.07 | $12.07 | $12.07 |
| International Sureties, Ltd. | 2300-000 | NA | $11.85 | $11.85 | $11.85 |
| Green Bank | 2600-000 | NA | $634.90 | $634.90 | $634.90 |
| Jeff Widner, JNTS Marine Pros LLC | 2990-000 | NA | $3,243.79 | $3,243.79 | $3,243.79 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $6,000.00 | $6,000.00 | $6,000.00 |
| Bruce de 'Medici, Attorney for Trustee | 3220-000 | NA | $148.91 | $148.91 | $148.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $12,265.71 | $12,265.71 | $12,265.71 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010)

NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Department of Revenue | 7100-000 | $0.00 | $15,630.38 | $15,630.38 | $141.16 |
| 2 | PHARIA L.L.C. | 7100-000 | $0.00 | $6,941.28 | $6,941.28 | $62.69 |
| 3 | Downes Swimming Pool Co., Inc. | 7100-000 | $0.00 | $816.46 | $816.46 | $7.37 |
| 4 | Atlas Acquisitions LLC (Bank of America, N.A.) | 7100-000 | $0.00 | $18,114.28 | $18,114.28 | $163.58 |
| 5 | Fifth Third Bank | 7100-000 | $0.00 | $9,090.79 | $9,090.79 | $0.00 |
|  | Office of the Bankruptcy Clerk (Claim No. 5; Fifth Third Bank) | 7100-001 | $0.00 | $0.00 | $0.00 | $82.09 |
| 6 | FIFTH THIRD BANK | 7100-000 | $0.00 | $4,610.12 | $4,610.12 | $0.00 |
|  | Office of the Bankruptcy Clerk (Claim No. 6; FIFTH THIRD BANK) | 7100-001 | $0.00 | $0.00 | $0.00 | $41.63 |
| 7 | Ferraro Garden Spot, Inc. | 7100-000 | $0.00 | $128.50 | $128.50 | $0.00 |
|  | Clerk, US Bankruptcy Court (Claim No. 7; Ferraro Garden Spot, Inc.) | 7100-001 | $0.00 | $0.00 | $0.00 | $1.16 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $802.72 | $802.72 | $7.25 |
| 9 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $3,842.92 | $3,842.92 | $34.70 |
| 10 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $4,391.63 | $4,391.63 | $39.66 |
| 11 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $5,173.84 | $5,173.84 | $46.72 |
| 12 | GE Capital Retail Bank | 7100-000 | $0.00 | $1,732.79 | $1,732.79 | $15.65 |
| 13 | Sallie Mae | 7100-000 | $0.00 | $76,322.36 | $76,322.36 | $689.22 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | BMW Financial Services NA, LLC | 7100-000 | $0.00 | $8,788.12 | $8,788.12 | $79.36 |
| 15 | U.S. Department Of Education | 7100-000 | $0.00 | $61,898.72 | $61,898.72 | $558.97 |
| 16 | U.S. Department Of Education | 7100-000 | $0.00 | $31,386.35 | $31,386.35 | $283.43 |
| 17 | Rockford Mercantile Agency, Inc. | 7100-000 | $0.00 | $405.99 | $405.99 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 17; Rockford Mercantile Agency, Inc.) | 7100-001 | $0.00 | $0.00 | $0.00 | $3.67 |
| 18 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $773.26 | $773.26 | $6.98 |
| 19 | Rosecrance | 7200-000 | $0.00 | $8,243.89 | $8,243.89 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $259,094.40 | $259,094.40 | $2,265.29 |

Case 12-01757 Doc 91 Filed 01/27/16 Entered 01/27/16 14:49:07 Desc Main
Document Page 6 of 16

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 12-01757 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | NORRIS, MARK D AND NORRIS, JAYNE M | | | Date Filed (f) or Converted (c): | 01/19/2012 (f) |
| For the Period Ending: | 1/9/2016 | | | §341(a) Meeting Date: | 03/07/2012 |
| | | | | Claims Bar Date: | 06/08/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 706 Greenleaf, Wilmette, IL | $950,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on hand | $100.00 | $100.00 | | $100.00 | FA |
| **Asset Notes:** | spent | | | | | |
| 3 | Chase Bank (Checking Account) | $200.00 | $200.00 | | $200.00 | FA |
| 4 | Com Ed security deposit | $475.00 | $475.00 | | $475.00 | FA |
| 5 | misc furnishings, computers, tv | $5,000.00 | $3,000.00 | | $0.00 | FA |
| **Asset Notes:** | over valued. | | | | | |
| 6 | paintings | $200.00 | $200.00 | | $25.00 | FA |
| 7 | necessary clothing | $2,000.00 | $0.00 | | $0.00 | FA |
| 8 | wedding rings/misc jewelry | $2,000.00 | $500.00 | | $0.00 | FA |
| 9 | Genworthlife and annuity company term life ins. (death benefit $500,00.00- surrender value $150.00) | $150.00 | $0.00 | | $0.00 | FA |
| 10 | Riversource Variable Universal Life Insurance Policy | $1,803.00 | $0.00 | | $0.00 | FA |
| 11 | Riversource Variable Universal Life Insurance Policy | $3,121.00 | $0.00 | | $0.00 | FA |
| 12 | Paychex 401K | $44,038.00 | $0.00 | | $0.00 | FA |
| 13 | Paychex 401k | $44,077.00 | $0.00 | | $0.00 | FA |
| 14 | City Suburban Title (B/S -560,000) 50% Wife/ 50% Husband | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Suburban Land Survey ($0) 100% interest | $0.00 | $0.00 | | $0.00 | FA |
| 16 | 2002 BMW 530i Sedan | $6,000.00 | $3,600.00 | | $3,600.00 | FA |
| **Asset Notes:** | Funds were paid in installments of $500.00 per month and these payments are being allocated to the remaining value in the various items of personal property, including to cars. | | | | | |
| 17 | 2006 VW Jetta GLI (son's vehicle) | $6,000.00 | $3,600.00 | | $3,600.00 | FA |
| **Asset Notes:** | Installment payments of $500.00 are being allocated to cover the remaining non exempt value in various items of personal property including 2 veheicles. | | | | | |
| 18 | 1985 23ft Sailboat (located in WI) | $1,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | total storage due on the deckboat and the sailboat are 9243.78, if half of these fees are allocated to this boat there is no value in this asset. | | | | | |
| 19 | 1991 22ft Harris Deckboat (located in WI) | $2,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | costs and fees for the deckboat and the sailboat are currently 7056.98 with 2012-2013 additional storage costs are 2186.80 or 9243.78. The deckboat has not run in a year and needs repair to get it running again. Also the Yamaha engine is no longer made, making parts difficult to come by. If half the expenses are allocated to this boat 4321.89 is due. | | | | | |

Case 12-01757 Doc 91 Filed 01/27/16 Entered 01/27/16 14:49:07 Desc Main
Document Page 7 of 16

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2     Exhibit 8

| Case No.: | 12-01757 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | NORRIS, MARK D AND NORRIS, JAYNE M | | | Date Filed (f) or Converted (c): | 01/19/2012 (f) |
| For the Period Ending: | 1/9/2016 | | | §341(a) Meeting Date: | 03/07/2012 |
| | | | | Claims Bar Date: | 06/08/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20   2006 37ft. Beneteau Sailboat | $115,000.00 | $0.00 | | $0.00 | FA |
| 21   2010 refund federal   (u) | $5,494.00 | $5,494.00 | | $5,494.00 | FA |
| 22   2011 refund, federal   (u) | $5,537.00 | $1,037.00 | | $1,037.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

     $1,194,695.00      $18,206.00      $14,531.00      $0.00

**Major Activities affecting case closing:**

Status, 2.23.26, 10:30 am, 682.

Prepare notice of deposit of funds with clerk indicating details of which creditors (amounts) contributed.

Fees entered 9.29.15

The Judge wants the closely held St. Augustine LLC interest advertised broadly to the general public. Cont., 9.29.15

Final report submitted to UST 7.1.15.

5.26.15 status continued, 7.28.15, status.

Status 5.26.15, 10:30 am, solve title issue (boats).

Asked Mr. de 'Medici to contact State of WI to determine mechanics of transfer of titles for deck boat and sailboat.

Mr. de 'Medici picking up titles for old deckboat and sailboat today.

11.17.14, motion turn over titles 2 boats, establish terms of harbormaster admin., claim and status. 11.6.14, cont 11.17.14.

Status set 9.30.14, 10:30 am, continued to 10.28.14 680.

19 claims, 1-18 unsecured non priority and filed before claims bar. 19, is tardy unsecured non priority claim. 9.8.14

Need to document the Widmer administrative claim for the two boats which are worth less than what is owed for service and repairs. 7.25.14

Made an offer to settle the admin claim of Mr. Widmer, who has stored and repaired boats I(6,000 value) liens 9243.79. I would allow admin claim of 3243.79. 3.25.14

Appoint accountant for taxes.6.6.14

Order approving sale 6.14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3    Exhibit 8

| Case No.: | 12-01757 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | NORRIS, MARK D AND NORRIS, JAYNE M | Date Filed (f) or Converted (c): | 01/19/2012 (f) |
| For the Period Ending: | 1/9/2016 | §341(a) Meeting Date: | 03/07/2012 |
| | | Claims Bar Date: | 06/08/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Asset notice filed, demand letter sent ( autos ) documents on both parcels requested.  Amended B and C filed 3.6.12 and input,leaves 6000 tax refund on table. Copy UST 3.7.12
449,900 offer on N7338 Chapel Drive Walworth WI and wills of Berger and Anne Juell. 4.10.12

Debtors want to engage in a short sale on Greenleaf real estate ( brokers agreed to reduce fees by $20,000) to pay unsecured creditors.  However, there is a pending motion o modify on that property and the attorney for the mortgage company said the sale of Greenleaf took place about an hour before the filing of the bankruptcy.  I informed debtor's counsel that debtor had no rights in the property and I can not stop the motion to modify from going forward due to the sale pre bankruptcy. Continued motion to modify set 4.17.12

Debtor made offer on certain personalty 6.13.12  evaluate and respond.

There may be an offer on the deck boat, located in WI. 6.29.12

Received the first of 16/$500 per month payments on all remaining personalty except the sailboat and deckboat and small IRS refund that is not exempt. 7.20.12

2/16 installments received  Requested status of refunds for 2010 and 2011 and documentation on 2 old boats 9.15.12

Boats in dry dock, one has inoperable trailer, the other needs repair.  Have requested the amount of repairs necessary and dry dock charges.  Non exempt income tax receivables have been received by debtor for 2010 and 2011 and are to be sent to me week of 11.05.12. 11.2.12

Need letter on value and repairs on 2 boats valued at 1500-2500, in need of repairs and need to pay dry dock fees. 12.7.12

Motion to employ Bruce de "Medici, set 12.18.12, entered.

Sent e-mail to Maxwell and debtor re costs of repair and storage of 2 old boats. 2.10.13

Further e-mail to Maxwell and debtor re: costs on two old boats. 3.23.13

No value to old boats as storage/repair charges are in excess of the value. 6.13.13

Installments complete (if) examine claims.  7.28.13
Refer claims 1, 7, 15, 16 and 19 for objection. 7.31.13

10 of 16 $500.00 payments have been received: wrote letter to Andrew Maxwell and Norris as to when payments will resume? 7.31.13

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4        Exhibit 8

| Case No.: | 12-01757 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | NORRIS, MARK D AND NORRIS, JAYNE M | Date Filed (f) or Converted (c): | 01/19/2012 (f) |
| For the Period Ending: | 1/9/2016 | §341(a) Meeting Date: | 03/07/2012 |
| | | Claims Bar Date: | 06/08/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Calculate claim aministrative of harbor master for storage and work on 2 boats. whch have more liens than they are worth. 12.18.13

File claim objections after admin claims settled. 3.5.14

**Initial Projected Date Of Final Report (TFR):** 03/31/2013   **Current Projected Date Of Final Report (TFR):** 07/03/2015   /s/ HORACE FOX, JR.
                                                                                                                   HORACE FOX, JR.

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-01757 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | NORRIS, MARK D AND NORRIS, JAYNE M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1912 | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | **-***1913 | Account Title: | |
| For Period Beginning: | 1/19/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/9/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/20/2012 | (16) | Mark and Jayne Norris | Payment towards 8,000 non-exempt asset. 2002 BMW | 1129-000 | $500.00 | | $500.00 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.20 | $499.80 |
| 08/14/2012 | (16) | Mark and Jayne Norris | Payment towards 8,000 non-exempt asset. 2002 BMW | 1129-000 | $500.00 | | $999.80 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.37 | $998.43 |
| 09/19/2012 | (16) | Mark and Jayne Norris | Payment towards 8,000 non-exempt asset. 2002 BMW | 1129-000 | $500.00 | | $1,498.43 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.66 | $1,496.77 |
| 10/24/2012 | (16) | Mark and Jayne Norris | October payment and other payments at $500.00 per month are being allocated to the personal property, as they come in to account for the remaining non exempt value. | 1129-000 | $500.00 | | $1,996.77 |
| 10/24/2012 | (16) | Mark and Jayne Norris | The check is dated 11/15/12 Can not deposit till then. | 1129-000 | $500.00 | | $2,496.77 |
| 10/24/2012 | (16) | DEP REVERSE: Mark and Jayne Norris | The check is dated 11/15/12 Can not deposit till then. | 1129-000 | ($500.00) | | $1,996.77 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.59 | $1,994.18 |
| 11/08/2012 | | Mark and Jayne Norris | 2010 refund of $5494 and non exempt portion of 2011 refund (5537-4500 exemption) or 6531.00 | * | $6,531.00 | | $8,525.18 |
| | {22} | | $1,037.00 | 1224-000 | | | $8,525.18 |
| | {21} | | $5,494.00 | 1224-000 | | | $8,525.18 |
| 11/15/2012 | | Mark and Jayne Norris | Payment towards 8,000 non-exempt asset. 2002 BMW | * | $500.00 | | $9,025.18 |
| | {17} | | $400.00 | 1129-000 | | | $9,025.18 |
| | {16} | | $100.00 | 1129-000 | | | $9,025.18 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $10.56 | $9,014.62 |
| 12/17/2012 | (16) | Mark and Jayne Norris | Payment towards 8,000 non-exempt asset. 2002 BMW | 1129-000 | $500.00 | | $9,514.62 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $13.97 | $9,500.65 |
| 01/23/2013 | (16) | Mark and Jayne Norris | Payment towards 8,000 non-exempt asset. 2002 BMW | 1129-000 | $500.00 | | $10,000.65 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.53 | $9,985.12 |
| 02/05/2013 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $11.85 | $9,973.27 |
| 02/11/2013 | | Mark and Jayne Norris | Payment towards 8,000 non-exempt asset. 2002 BMW | * | $500.00 | | $10,473.27 |
| | {16} | | $300.00 | 1129-000 | | | $10,473.27 |
| | {3} | | $200.00 | 1129-000 | | | $10,473.27 |
| | | | **SUBTOTALS** | | $10,531.00 | $57.73 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-01757 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | NORRIS, MARK D AND NORRIS, JAYNE M | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1912 | | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | **-***1913 | | Account Title: | |
| For Period Beginning: | 1/19/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/9/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $14.98 | $10,458.29 |
| 03/11/2013 | (17) | Mark and Jayne Norris | 2006 VW Jetta Recievable | 1129-000 | $500.00 | | $10,958.29 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $17.39 | $10,940.90 |
| 04/29/2013 | (17) | Mark and Jayne Norris | 2006 VW Jetta Recievable | 1129-000 | $500.00 | | $11,440.90 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $17.08 | $11,423.82 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $19.62 | $11,404.20 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $16.62 | $11,387.58 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $18.37 | $11,369.21 |
| 08/29/2013 | | Mark D. Norris and Jayne M. Norris | payment toward cars | * | $1,000.00 | | $12,369.21 |
| | {16} | | $200.00 | 1129-000 | | | $12,369.21 |
| | {17} | | $800.00 | 1129-000 | | | $12,369.21 |
| 08/30/2013 | (17) | Mark and Jayne Norrie | 2006 VW Jetta Recievable | 1129-000 | $1,000.00 | | $13,369.21 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $19.73 | $13,349.48 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $19.45 | $13,330.03 |
| 10/08/2013 | | Mark and Jayne Norris | $400 on 2006 VW Jetta GLI (son's vehicle)and $100 on security deposit | * | $500.00 | | $13,830.03 |
| | {17} | | $400.00 | 1129-000 | | | $13,830.03 |
| | {4} | | $100.00 | 1129-000 | | | $13,830.03 |
| 10/15/2013 | | Mark and Jayne Norris | Com Ed security deposit and Cash on hand | * | $500.00 | | $14,330.03 |
| | {4} | | $375.00 | 1129-000 | | | $14,330.03 |
| | {2} | | $100.00 | 1129-000 | | | $14,330.03 |
| | {6} | | $25.00 | 1129-000 | | | $14,330.03 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.52 | $14,307.51 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $23.08 | $14,284.43 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.30 | $14,262.13 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $24.49 | $14,237.64 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.75 | $14,216.89 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.46 | $14,195.43 |
| 04/01/2014 | 5002 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $12.07 | $14,183.36 |
| | | | SUBTOTALS | | $4,000.00 | $289.91 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-01757 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | NORRIS, MARK D AND NORRIS, JAYNE M | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1912 | | | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | **-***1913 | | | Account Title: | |
| For Period Beginning: | 1/19/2012 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/9/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $22.15 | $14,161.21 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $23.58 | $14,137.63 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.34 | $14,116.29 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $22.77 | $14,093.52 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $23.47 | $14,070.05 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.23 | $14,048.82 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $24.13 | $14,024.69 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.44 | $14,004.25 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $22.59 | $13,981.66 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $23.28 | $13,958.38 |
| 02/26/2015 | 5003 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $11.09 | $13,947.29 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $20.34 | $13,926.95 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $21.75 | $13,905.20 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $21.71 | $13,883.49 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $22.40 | $13,861.09 |
| 10/01/2015 | 5004 | Bruce de 'Medici | Final  Account Number: ; Claim #: ; Dividend: 1.07;  Amount Allowed: 148.91;  Notes: ; Account Number: ; Distribution Dividend:  {$v | 3220-000 | | $148.91 | $13,712.18 |
| 10/01/2015 | 5005 | Bruce de 'Medici | Final  Account Number: ; Claim #: ; Dividend: 43.28;  Amount Allowed: 6,000.00;  Notes: Fees reduced from 7495.00; Account Number: ; Distribution Dividend:  {$v | 3210-000 | | $6,000.00 | $7,712.18 |
| 10/01/2015 | 5006 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $2,203.10 | $5,509.08 |
| 10/01/2015 | 5007 | Jeff Widner, JNTS Marine Pros LLC | Final  Account Number: ; Claim #: ; Dividend: 23.40;  Amount Allowed: 3,243.79;  Notes: Balance due to JNT is 9243.79, less value of  boats (6000) for old sailboat and 1991 Harris deckboat (both in need of repairs and debts owed for storage).  Mtn in court | 2990-000 | | $3,243.79 | $2,265.29 |
| | | | **SUBTOTALS** | | $0.00 | $11,918.07 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-01757 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | NORRIS, MARK D AND NORRIS, JAYNE M | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1912 | | | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | **-***1913 | | | Account Title: | |
| For Period Beginning: | 1/19/2012 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/9/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/01/2015 | 5008 | Illinois Department of Revenue | Final Account Number: ; Claim #: 1; Dividend: 1.01; Amount Allowed: 15,630.38; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $141.16 | $2,124.13 |
| 10/01/2015 | 5009 | PHARIA L.L.C. | Final Account Number: ; Claim #: 2; Dividend: 0.45; Amount Allowed: 6,941.28; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $62.69 | $2,061.44 |
| 10/01/2015 | 5010 | Downes Swimming Pool Co., Inc. | Final Account Number: ; Claim #: 3; Dividend: 0.05; Amount Allowed: 816.46; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $7.37 | $2,054.07 |
| 10/01/2015 | 5011 | Atlas Acquisitions LLC (Bank of America, N.A.) | Final Account Number: ; Claim #: 4; Dividend: 1.18; Amount Allowed: 18,114.28; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $163.58 | $1,890.49 |
| 10/01/2015 | 5012 | Fifth Third Bank | Final Account Number: ; Claim #: 5; Dividend: 0.59; Amount Allowed: 9,090.79; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $82.09 | $1,808.40 |
| 10/01/2015 | 5013 | FIFTH THIRD BANK | Final Account Number: ; Claim #: 6; Dividend: 0.30; Amount Allowed: 4,610.12; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $41.63 | $1,766.77 |
| 10/01/2015 | 5014 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.83 | $1,761.94 |
| | | | Claim Amount $(1.16) | 7100-001 | | | $1,761.94 |
| | | | Claim Amount $(3.67) | 7100-001 | | | $1,761.94 |
| 10/01/2015 | 5015 | Capital One Bank (USA), N.A. | Final Account Number: ; Claim #: 8; Dividend: 0.05; Amount Allowed: 802.72; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $7.25 | $1,754.69 |
| 10/01/2015 | 5016 | Capital One Bank (USA), N.A. | Final Account Number: ; Claim #: 9; Dividend: 0.25; Amount Allowed: 3,842.92; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $34.70 | $1,719.99 |
| 10/01/2015 | 5017 | Capital One Bank (USA), N.A. | Final Account Number: ; Claim #: 10; Dividend: 0.28; Amount Allowed: 4,391.63; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $39.66 | $1,680.33 |
| | | | **SUBTOTALS** | | $0.00 | $584.96 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-01757 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | NORRIS, MARK D AND NORRIS, JAYNE M | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1912 | | | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | **-***1913 | | | Account Title: | |
| For Period Beginning: | 1/19/2012 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/9/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/01/2015 | 5018 | Capital One Bank (USA), N.A. | Final Account Number: ; Claim #: 11; Dividend: 0.33; Amount Allowed: 5,173.84; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $46.72 | $1,633.61 |
| 10/01/2015 | 5019 | GE Capital Retail Bank | Final Account Number: ; Claim #: 12; Dividend: 0.11; Amount Allowed: 1,732.79; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $15.65 | $1,617.96 |
| 10/01/2015 | 5020 | Sallie Mae | Final Account Number: ; Claim #: 13; Dividend: 4.97; Amount Allowed: 76,322.36; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $689.22 | $928.74 |
| 10/01/2015 | 5021 | BMW Financial Services NA, LLC | Final Account Number: ; Claim #: 14; Dividend: 0.57; Amount Allowed: 8,788.12; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $79.36 | $849.38 |
| 10/01/2015 | 5022 | U.S. Department Of Education | Final Account Number: ; Claim #: 15; Dividend: 4.03; Amount Allowed: 61,898.72; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $558.97 | $290.41 |
| 10/01/2015 | 5023 | U.S. Department Of Education | Final Account Number: ; Claim #: 16; Dividend: 2.04; Amount Allowed: 31,386.35; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $283.43 | $6.98 |
| 10/01/2015 | 5024 | Portfolio Recovery Associates, LLC | Final Account Number: ; Claim #: 18; Dividend: 0.05; Amount Allowed: 773.26; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $6.98 | $0.00 |
| 10/24/2015 | 5012 | STOP PAYMENT: Fifth Third Bank | Stop Payment for Check# 5012 | 7100-004 | | ($82.09) | $82.09 |
| 10/24/2015 | 5013 | STOP PAYMENT: FIFTH THIRD BANK | Stop Payment for Check# 5013 | 7100-004 | | ($41.63) | $123.72 |
| 10/24/2015 | 5025 | Office of the Bankruptcy Clerk | Unclaimed Funds | * | | $123.72 | $0.00 |
| | | | Claim Amount $(82.09) | 7100-001 | | | $0.00 |
| | | | Claim Amount $(41.63) | 7100-001 | | | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $1,680.33 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-01757 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | NORRIS, MARK D AND NORRIS, JAYNE M | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1912 | | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | **-***1913 | | Account Title: | |
| For Period Beginning: | 1/19/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/9/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTALS: | | $14,531.00 | $14,531.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $14,531.00 | $14,531.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $14,531.00 | $14,531.00 | |

**For the period of 1/19/2012 to 1/9/2016**

| | |
|---|---|
| Total Compensable Receipts: | $14,531.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,531.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $14,531.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,531.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/20/2012 to 1/9/2016**

| | |
|---|---|
| Total Compensable Receipts: | $14,531.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,531.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $14,531.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,531.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 7     Exhibit 9

| Case No. | 12-01757 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | NORRIS, MARK D AND NORRIS, JAYNE M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1912 | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | **-***1913 | Account Title: | |
| For Period Beginning: | 1/19/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/9/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $14,531.00 | $14,531.00 | $0.00 |

**For the period of 1/19/2012 to 1/9/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $14,531.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,531.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $14,531.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,531.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/19/2012 to 1/9/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $14,531.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,531.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $14,531.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,531.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.